# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RUFUS DAVIS, *et al.*, | Case No. 2:21-cv-5847 |
| Plaintiffs, | Chief Judge Algenon L. Marbley |
| v. | Mag. Judge Elizabeth P. Deavers |
| WORLD NOMADS INC., *et al.*, | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

This matter comes before the Court on the motion of Plaintiffs Rufus Davis, Grant Hoag, and Debra and Michael Murphy, together with Defendants Nationwide Mutual Insurance Company, World Nomads, Inc. and Trip Mate, Inc. (collectively, the "Parties") for a sixty (60) day stay of all pending deadlines in light of the Parties having reached a settlement in principle. The Court, having considered the Parties' request, hereby GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that all deadlines in the above-captioned cause are stayed sixty (60) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: March 7, 2022

                                                    s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE